**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-7472**

---

JOHN OSCAR KALU,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Senior District Judge.  (1:17-cv-00130-IMK-MJA)

---

Submitted:  January 18, 2018                     Decided:  January 23, 2018

---

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Oscar Kalu, Appellant Pro Se.  William Joseph Powell, United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Oscar Kalu seeks to appeal the district court's order transferring his case to the United States District Court for the Southern District of Florida. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Kalu seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Ellicott Mach. Corp. v. Modern Welding Co.*, 502 F.2d 178, 180 (4th Cir. 1974). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*